# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| COMMUNICATION INTERFACE TECHNOLOGIES, LLC, <br><br> *Plaintiff,* <br> v. <br><br> SLEEP NUMBER CORPORATION <br><br> *Defendant.* | Case No. 4:24-CV-00425-SDJ <br><br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Communication Interface Technologies, LLC ("Plaintiff") and Defendant Sleep Number Corporation ("Defendant" or "Sleep Number"), hereby jointly move the Court to dismiss all claims and counterclaims in this action. Plaintiff moves to dismiss claims against Defendant in this action with prejudice. Defendant moves the Court to dismiss all counterclaims against Plaintiff without prejudice as moot. Each party bearing its own costs and fees.

Date: May 27, 2025                                  Respectfully submitted,

| | |
|---|---|
| SHEA \| BEATY PLLC | FISH & RICHARDSON P.C. |
| */s/ Chad Henson* | */s/Alexander H. Martin* |
| Chad Henson | Neil J. McNabnay |
| chenson@devlinlawfirm.com | Texas Bar No. 24002583 |
| DEVLIN LAW FIRM LLC | mcnabnay@fr.com |
| 1526 Gilpin Avenue | Ricardo J. Bonilla |
| Wilmington, DE 19806 | Texas Bar No. 24082704 |
| Tel: (302) 449-9010 | rbonilla@fr.com |
| Fax: (302) 353-4251 | Noel F. Chakkalakal |
| | Texas Bar No. 24053676 |
| Trevor Beaty | chakkalakal@fr.com |
| trevor@sheabeaty.com | Michael A. Vincent |
| SHEA \| BEATY PLLC | Texas Bar No. 24105738 |
| One Grande Centre | vincent@fr.com |
| 1800 Teague Drive, Suite 500 | Alexander H. Martin |
| Sherman, TX 75090 | Texas Bar No. 24091828 |
| Tel: (903) 870-7771 | martin@fr.com |
| Fax: (903) 870-7888 | 1717 Main Street, Suite 5000 |
| | Dallas, Texas 75201 |
| *Attorneys for Plaintiff* | (214) 747-5070 (Telephone) |
| *Communication Interface Technologies, LLC* | (214) 747-2091 (Facsimile) |
| | |
| | **COUNSEL FOR DEFENDANT** |
| | **SLEEP NUMBER CORPORATION** |

### CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2025, a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                        */s/ Chad Henson*
                                        Chad Henson