## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

COMMUNICATION INTERFACE
TECHNOLOGIES, LLC,

        *Plaintiff,*

    v.

SLEEP NUMBER CORPORATION

        *Defendant.*

Case No. 4:24-CV-00425-SDJ

**JURY TRIAL DEMANDED**

### ORDER OF DISMISSAL

On this day, Plaintiff Communication Interface Technologies, LLC ("Plaintiff") and Defendant Sleep Number Corporation ("Defendant" or "Sleep Number") (collectively, the "Parties") announced to the Court that they have resolved all claims and counterclaims against each other. The Parties have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's counterclaims for relief against Plaintiff without prejudice as moot, and with all attorneys' fees, costs and expenses taxed against the party incurring same.

The Court, having considered this request, is of the opinion that their request for dismissal should be **GRANTED**.

Therefore, it is **ORDERED** that Plaintiff's claims for relief against Defendant are dismissed with prejudice and Defendant's counterclaims against Plaintiff are dismissed without prejudice as moot. Each party to bear its own fees and costs.

The clerk will close and terminate this matter.

**So ORDERED and SIGNED this 28th day of May, 2025.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE